**FILED**

JUL 2 9 2009

Clerk, U.S. District and
Bankruptcy Courts

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Deborah-Denise Dubose, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No. 09 1403 |
| | ) | |
| Department of the Treasury, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OPINION

This matter is before this court on plaintiffs' *pro se* complaint and an application to proceed *in forma pauperis*.[1] The court will grant the application and dismiss the complaint because it fails to state a claim upon which relief may be granted against this defendant.

The complaint is very brief, in its entirety stating only as follows:

> Please correct my name on my 501(c)(3) Please!
> Tax exemption number: [redacted]
> Name of church organization: Deborah-Denise Dubose United
> House of Prayer.
> Thank you in advance!

Compl. at 1.

This court is obligated by federal law to dismiss a complaint that is filed without prepayment of filing fees whenever it determines that the complaint fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). Here, the complaint does not identify a cause of action, a right of action, or any injury in fact. Accordingly, the complaint does

---

[1] Although three plaintiffs are identified, it appears that two of them are minors and that, in fact, the minor's mother is plaintiff in this action in her own right and on their behalf. Only Aquilla Parker filed an application to proceed *in forma pauperis*.

not state a claim upon which relief may be granted against these defendants, and the Court will

dismiss the complaint without prejudice.

An appropriate order accompanies this memorandum opinion.

Royce C. Lamberth

United States District Judge

Date: 7/24/09